# In the United States District Court for the Southern District of Georgia Waycross Division

LEE & DAVIS COUNTRY MEATS, LLC,

Plaintiff,

v.

WESTFIELD INSURANCE COMPANY,

Defendant.

CV 525-134

## ORDER

Before the Court is Defendant's motion to dismiss, dkt. no. 31, wherein Defendant states this matter has been settled and compromised, and Defendant requests the case be dismissed with prejudice. Dkt. No. 31. Indeed, the parties previously filed a joint notice of settlement indicating that the matter had been resolved. Dkt. No. 30. Therefore, after consideration and pursuant to the parties' settlement, Defendant's motion to dismiss is **GRANTED**. All claims asserted in this action are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA